UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: MARCHETTA JOYCE HEAD           CASE NO: 03-81066-H3-13
     JOHN EDWIN HEAD SR
DEBTOR(S)

### TRUSTEE'S MOTION FOR AUTHORITY TO PAY FUNDS INTO THE REGISTRY OF THE COURT

William E. Heitkamp, Chapter 13 Trustee would show the court as follows:

1.

More than ninety days have lapsed since the date of the final distribution of funds by the Trustee, and the check to the party listed below in the amount indicated remains outstanding according to the records of the Trustee. Pursuant to 11 U.S.C. Sec. 347, the Trustee has stopped payment on the check which was written to the following party in the above captioned case:

| Check# | Name & Address | Amount |
|---|---|---|
| 0404598 | MARCHETTA JOYCE HEAD<br>P O BOX 1392<br>DAYTON TX<br>77535 | $1584.19 |

The Trustee proposes to pay the amount indicated over to the Court Registry for disposition pursuant to Chapter 129 of Title 28 U.S Code.

2.

The Trustee requests entry of an order authorizing the payment of the forgoing amounts to the Clerk.

3.

The Trustee would show that the relief requested is administrative in nature, and that no notice of this motion need be given to the parties in interest in the case. The Trustee would show that he has diligently attempted to notify each party of the existence of these funds, that such efforts have been unsuccessful, and that further attempts to notify the payees would be futile.

Wherefore, premises considered, the undersigned Trustee prays that the Court enter an order authorizing the deposit of the funds described above into the registry of the Court.

Dated: June 9, 2005

Respectfully,

___William E. Heitkmap_____
William E. Heitkamp, Trustee

CERTIFICATE OF SERVICE

    The undersigned does hereby certify that the foregoing pleading was served upon the U. S. Trustee, either via first class mail on June 9, 2005    , or by electronic noticing pursuant to the Local Bankruptcy Rules.

    _ William E. Heitkamp_____
    William E. Heitkamp, Trustee
    S.B.O.T #09384500
    Admissions I.D. #3857
    9821 Katy Freeway, Suite 590
    Houston, Texas  77024
    (713) 722-1200 ext. 11